The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPUTER SOFTWARE PLUS, INC., a New York corporation d/b/a COMPUTERSOFTWAREPLUS.COM; and ISAAC ABADY, an individual,<br><br>    Defendants. | No. 2:17-cv-00483-RAJ<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ACTION |

Plaintiff Microsoft Corporation and Defendants Computer Software Plus and Isaac Abady, by and through their counsel of record, hereby stipulate and agree as follows:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

2.  The parties ask the Court to retain jurisdiction over this matter for the limited purposes of enforcing the terms of the parties' settlement agreement and Stipulated Permanent Injunction.

STIPULATION AND ORDER FOR DISMISSAL (2:17-cv-00483-RAJ) - 1
4830-1393-0586v.2 0025936-002577

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   DATED this 12th day of March, 2018.

| DAVIS WRIGHT TREMAINE LLP | NOLD MUCHINSKY PLLC |
|---|---|
| *Attorneys for Plaintiff Microsoft Corp.* | *Attorneys for Defendants Computer Software Plus, Inc., and Isaac Abady* |

By *s/ Bonnie E. MacNaughton*
   Bonnie E. MacNaughton, WSBA #36110
   Ross Siler, WSBA #46486
   1201 Third Avenue, Suite 2200
   Seattle, WA  98101-3045
   Tel: (206) 622-3150
   Fax: (206) 757-7700
   Email:  bonniemacnaughton@dwt.com
          ross.siler@dwt.com

By *s/ Brian M. Muchinsky*
   David A. Nold, WSBA #19009
   Brian M. Muchinsky, WSBA #31860
   10500 NE 8th Street, Suite 930
   Bellevue, WA  98004
   Tel:  (425) 289-5555
   Fax: (425) 289-6666
   Email: dnold@noldmuchlaw.com
          bmuchinsky@noldmuchlaw.com

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of March, 2018.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL (2:17-cv-00483-RAJ) - 2
4830-1393-0586v.2 0025936-002577

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax